IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re CERRONE HICKS,

No. C 13-02726 SBA (PR)

**ORDER OF TRANSFER**

_____/

This action was opened on June 13, 2013, when the Court received from Inmate Cerrone Hicks a letter to the Honorable Thelton E. Henderson that concerned prison conditions.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an in forma pauperis application. The Clerk further notified him that this action would be dismissed he if did not submit a complaint on the proper form and a completed in forma pauperis application within twenty-eight days.

Further review of Plaintiff's case reveals that, in addition to failing to submit the proper documents, he has also initiated his civil action in the wrong judicial district. Plaintiff's letter states that he is currently incarcerated at the Sierra Conservation Center (SCC) in Jamestown, California. He alleges that the prison staff at SSC have treated him with "continual deliberate indifference" and "racism." (June 13, 2013 Letter at 1.)

SCC is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer the case forthwith.

If he wishes to further pursue this action, Plaintiff must complete the complaint form and in forma pauperis application required by the United States District Court for the Eastern District of California and mail them to that district.

1   The Clerk shall also direct an electronic version of Plaintiff's letter and this Order to Judge
2 Henderson.
3   IT IS SO ORDERED.
4 DATED: 7/2/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CERRONE HICKS,

        Plaintiff,

  v.

SIERRA CONSERVATION CENTER et al,

        Defendant.

Case Number: CV13-02726 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cerrone Hicks R42285
Sierra Conservation Center State Prison
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: July 3, 2013

                                   Richard W. Wieking, Clerk
                                   By: Lisa Clark, Deputy Clerk